UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GAYLORD SCHUUR

    Plaintiff(s),

Case No. 1:17-cv-00765

v.

Hon. Robert J. Jonker

AKAL SECURITY, INC.

    Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Akal Security, Inc.__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Defendant Akal Security, Inc.'s parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: September 22, 2017

/s/ William B. Balke (P35272)
(Signature)
Littler Mendelson, P.C.
200 Renaissance Center, Suite 3110
Detroit, Michigan 48243
T: (313) 446-6403 / F: (313) 446-6405
wbalke@littler.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on September 22, 2017, via:

|   |   |   |   |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| __X__ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

                                                  */s/ William B. Balke*
                                                     William B. Balke