UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLORD SCHUUR,

    Plaintiff,

vs.

AKAL SECURITY, INC.,

    Defendant.

CASE NO. 1:17-CV-00765

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

| | |
|---|---|
| MICHAEL J. ROTH (P51795)<br>***VARNUM LLP***<br>Bridgewater Place<br>PO Box 352<br>Grand Rapids, Michigan  49501-0352<br>Telephone:     (616) 336-6000<br>Facsimile:     (616) 336-7000<br>mjroth@varnumlaw.com<br>***Attorneys for Plaintiff*** | KURT PETERSON (Ga Bar No. 574408)<br>RACHEL P. KAERCHER (Ga. Bar No. 743007)<br>***Littler Mendelson, P.C.***<br>3344 Peachtree Rd., Suite 1500<br>Atlanta, GA  30326<br>Telephone:     (404) 760-3910<br>Facsimile:     (404) 233-2361<br>kpeterson@littler.com<br>rkaercher@littler.com<br><br>***Attorneys for Defendant***<br>WILLIAM B. BALKE (P35272)<br>***LITTLER MENDELSON, P.C.***<br>200 Renaissance Center<br>Suite 3110<br>Detroit, Michigan  48243<br>Telephone:     (313) 446-6403<br>Facsimile:     (313) 446-6405<br>wbalke@littler.com |

**DEFENDANT'S EXPERT WITNESS DISCLOSURE**

Defendant AKAL SECURITY, INC., through its attorneys Littler Mendelson, P.C., submits the following as its expert witness disclosure:

1. Dr. Jack E. Ansell, 100 E 77th Street, New York, NY 10075.  Dr. Ansell is an internationally recognized expert in the fields of hemostasis and thrombosis and has continued involvement in the application of new modes of delivering and

monitoring anticoagulants.  Dr. Ansell is expected to testify about the health risks of thrombosis and the bleeding risks associated with the use of certain anticoagulants.

*LITTLER MENDELSON, P.C.*

*/s/ Kurt Peterson*
Kurt Peterson (Ga Bar No. 574408)
Rachel P. Kaercher (Ga Bar No. 743007)
3344 Peachtree Rd., Suite 1500
Atlanta, GA  30326
Telephone: (404) 760-3910
Facsimile: (404) 233-2361
kpeterson@littler.com
rkaercher@littler.com

William B. Balke (P35272)
200 Renaissance Center
Suite 3110
Detroit, Michigan  48243
Telephone: (313) 446-6403
Facsimile: (313) 446-6405
wbalke@littler.com

*Attorneys for Defendant*

Dated:  March 1, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on March 1, 2018 via ECF filing.

*/s/ Kurt Peterson*
Kurt Peterson