UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GAYLORD SCHUUR,                                   Hon. Robert J. Jonker

    Plaintiff,                                 Case No.  1:17-cv-765-RJJ-PJG

v

AKAL SECURITY, INC.,

    Defendant.
_____/

| | |
|---|---|
| Michael J. Roth (P51795) | Kurt Peterson (Ga. Bar No. 574408) |
| VARNUM LLP | Rachel P. Kaercher (Ga. Bar No. 743007) |
| Attorneys for Plaintiffs | Littler Mendelson, P.C. |
| Bridgewater Place, PO Box 352 | Attorneys for Defendant |
| Grand Rapids, Michigan 49501-0352 | 3344 Peachtree Rd., Suite 1500 |
| (616) 336-6000 | Atlanta, GA 30326 |
| mjroth@varnumlaw.com | (404) 760-3910 |
| | kpeterson@littler.com |
| | rkaercher@littler.com |
| | |
| | William B. Balke (P35272) |
| | Littler Mendelson PC |
| | Attorneys for Defendant |
| | 200 Renaissance Center, Suite 3110 |
| | Detroit, MI  48242 |
| | (313) 446-6403 |
| | wbalke@littler.com |

_____/

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    The parties, through their respective counsel, stipulate and agree that this action shall be dismissed with prejudice and without attorney's fees or costs to any party.

| | |
|---|---|
| VARNUM | LITTLER MENDELSON PC |
| | |
| By: __/s/ Michael J. Roth_____ | By: _/s/ Kurt Peterson_____ |
|    Michael J. Roth (P51795) |    Kurt Peterson (Ga. Bar No. 574408) |
| Dated:  June 21, 2018 | Dated:  June 21, 2018 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAYLORD SCHUUR,

    Plaintiff,

v

AKAL SECURITY, INC.,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No.  1:17-cv-765-RJJ-PJG

**ORDER OF DISMISSAL**

Michael J. Roth (P51795)
VARNUM LLP
Attorneys for Plaintiffs
Bridgewater Place, PO Box 352
Grand Rapids, Michigan 49501-0352
(616) 336-6000
mjroth@varnumlaw.com

Kurt Peterson (Ga. Bar No. 574408)
Rachel P. Kaercher (Ga. Bar No. 743007)
Littler Mendelson, P.C.
Attorneys for Defendant
3344 Peachtree Rd., Suite 1500
Atlanta, GA 30326
(404) 760-3910
kpeterson@littler.com
rkaercher@littler.com

William B. Balke (P35272)
Littler Mendelson PC
Attorneys for Defendant
200 Renaissance Center, Suite 3110
Detroit, MI  48242
(313) 446-6403
wbalke@littler.com

_____/

At a session of said Court held in the City of Grand Rapids, County of Kent and State of Michigan this _____ day of June, 2018.

PRESENT:  HONORABLE ROBERT J. JONKER, U.S. District Court Judge

IT IS ORDERED that the above action, be and hereby is, dismissed with prejudice and without attorney's fees or costs to any party.

                                                Robert J. Jonker
                                                United States District Court Judge

13683862_1.docx